No. 499, Misc. PENNSYLVANIA EX REL. ELLIOTT *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON.

Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se*. *Randolph C. Ryder* for respondent.